

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00014-CR

---

DILLON BRYAN MAYNOR                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1353998D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Dillon Bryan Maynor attempts to appeal from a judgment convicting him of aggravated sexual assault of a child under fourteen years of age. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On January 26, 2016, we notified Maynor that the appeal would be dismissed

---

[1]*See* Tex. R. App. P. 47.4.

pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before February 10, 2016, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 25, 2016